IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 19-107-BLG-SPW |
|---|---|
| Plaintiff, | |
| | ORDER QUASHING WARRANT |
| vs. | |
| RYAN EDWIN HEWITT, | |
| Defendant. | |

Upon the United States' Motion to Quash Arrest Warrant (Doc. 56), and for good cause shown,

IT IS HEREBY ORDERED that the Arrest Warrant (Doc. 51) issued on February 19, 2021 and returned executed on March 4, 2021 is **QUASHED**.

The Clerk of Court is directed to notify the parties of the entry of this Order.

DATED this 23rd day of July 2021.

SUSAN P. WATTERS
United States District Judge

1